FILED'08 MAR 28 15:24USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY J. RICE,

       Plaintiff,

    v.

HSBC BANK, et al.,

       Defendants.

Civ. No. 08-3009-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court.  See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Although no objections have been filed, this court reviews the legal principles *de novo*.  See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review.  I find no error.  Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#12) is adopted. This action is remanded to state court, and the Clerk of the Court is directed to transfer the file of this action to state court. Any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this _28_ day of _March_ 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER